UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MINCKLER | * | NO: 20-1173 |
| | * | |
| VERSUS | * | |
| | * | SECTION: G |
| WATERMAN STEAMSHIP | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| CORPORATION, ET AL | * | JUDGE DONNA PHILLIPS CURRAULT |

*************************************************************************

## PROPOSED JURY VERDICT FORM

NOW INTO COURT, through undersigned counsel, comes plaintiff, JAMES MINCKLER, who respectfully requests for this Honorable Court to submit the following Interrogatories to the Jury.

Respectfully Submitted,

*/s/ Joseph B. Marino, III*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
TJY@theyoungfirm.com
TDH@theyoungfirm.com
MCM@theyoungfirm.com
JBM@theyoungfirm.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MINCKLER | * | NO: 20-1173 |
| | * | |
| VERSUS | * | |
| | * | SECTION: G |
| WATERMAN STEAMSHIP | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| CORPORATION, ET AL | * | JUDGE DONNA PHILLIPS CURRAULT |

************************************************************************

## **INTERROGATORIES TO THE JURY**

1. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS, WATERMAN STEAMSHIP CORPORATION AND SEABULK FLEET MANAGEMENT, LLC, WERE NEGLIGENT UNDER THE JONES ACT AND THAT SUCH NEGLIGENCE WAS A CAUSE, IN WHOLE OR IN PART, OF THE DAMAGE OR INJURY TO PLAINTIFF, JAMES MINCKLER?

    Yes _____        No _____

    *Go to Question No. 2.*

2. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE VESSEL, OCEAN GIANT, WAS UNSEAWORTHY AND THAT SUCH UNSEAWORTHINESS WAS A PROXIMATE CAUSE OF THE DAMAGE OR INJURY TO PLAINTIFF, JAMES MINCKLER?

    Yes _____        No _____

    *If you answered "Yes" to either Questions No. 1 **or** 2, go to Question No. 3. If you answered "No" to Questions No. 1 **and** 2, proceed no further. Please have the jury foreperson sign and date the form below and return it to the courtroom bailiff.*

3. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT PLAINTIFF, JAMES MINCKLER, WAS CONTRIBUTORILY NEGLIGENT AND THAT SUCH CONTRIBUTORY NEGLIGENCE WAS A PROXIMATE CAUSE OF HIS DAMAGE OR INJURY?

    Yes _____        No _____

    *If you answered "Yes" to Question No. 3, go to Question No. 4. If you answered "No" to Question No. 3, go to Question No. 5.*

4. WHAT PERCENTAGE OF FAULT DO YOU ASSIGN TO THE FOLLOWING PARTIES, IF ANY, WITH REGARDS TO PLAINTIFF'S INJURY? ONLY ASSIGN FAULT TO EACH OF THE PARTIES IF YOU FOUND THAT THEY WERE NEGLIGENT IN CAUSING OR CONTRIBUTING TO PLAINTIFF'S INJURIES.

| | | |
|---|---|---|
| WATERMAN STEAMSHIP CORPORATION AND SEABULK FLEET MANAGEMENT, LLC | Negligence | ___ % |
| WATERMAN STEAMSHIP CORPORATION AND SEABULK FLEET MANAGEMENT, LLC | Unseaworthiness | ___ % |
| JAMES MINCKLER | | ___ % |
| TOTAL | | 100 % |

The total must equal 100%.

*Go to Question No. 5.*

5. WHAT AMOUNT OF DAMAGES DO YOU AWARD TO JAMES MINCKLER FOR THE FOLLOWING ELEMENTS OF DAMAGES?

***Please award the total damages suffered by plaintiff without reduction for any percentages of fault.***

Past, present and future physical pain and suffering...................................$_____

Past, present and future emotional and mental suffering............................$_____

Past, present and future physical disfigurement .........................................$_____

Past medical expenses................................................................................$_____

Future medical expenses ............................................................................$_____

Past loss of wages and fringe benefits .......................................................$_____

Future loss of wages and fringe benefits.....................................................$_____

Total Damages ............................................................................................$_____

*Go to Question No. 6.*

6. WHAT AMOUNT OF PAST MAINTENANCE DO YOU AWARD TO JAMES MINCKLER?

$_____

*Go to Question No. 7.*

7. WHAT AMOUNT OF PAST CURE DO YOU AWARD TO JAMES MINCKLER?

$_____

*Go to Question No. 8.*

8. WHAT AMOUNT OF FUTURE CURE DO YOU AWARD TO JAMES MINCKLER?

$_____

*Go to Question No. 9.*

9. WHAT AMOUNT OF PUNITIVE DAMAGES DO YOU AWARD TO JAMES MINCKLER, IF ANY, FOR WATERMAN STEAMSHIP CORPORATION AND SEABULK FLEET MANAGEMENT, LLC'S FAILURE TO PAY MAINTENANCE AND CURE?

$_____

PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE FORM BELOW AND RETURN IT TO THE COURTROOM BAILIFF.

New Orleans, Louisiana this _____ day of March, 2022.

_____
FOREPERSON