UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MINCKLER | * | NO: 20-1173 |
| | * | |
| VERSUS | * | |
| | * | SECTION: G |
| WATERMAN STEAMSHIP | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| CORPORATION, ET AL | * | JUDGE DONNA PHILLIPS CURRAULT |

**************************************************************************

### PLAINTIFF'S REQUESTED SPECIAL VOIR DIRE

NOW INTO COURT, through undersigned counsel, comes plaintiff, JAMES MINCKLER, who respectfully requests for this Honorable Court to voir dire the jury concerning the following questions:

### PLAINTIFF'S VOIR DIRE QUESTION NO. 1:

Have you or anyone you know well ever suffered a work-related injury? If so, please explain including if you or they still suffer from such injury.

### PLAINTIFF'S VOIR DIRE QUESTION NO. 2:

Have you or anyone you know well ever sustained a serious injury to a hand? If so, please explain the nature and extent of such injury including whether it required surgery and whether the individual still suffers from pain and/or disability today.

### PLAINTIFF'S VOIR DIRE QUESTION NO. 3:

Have you or anyone you know well had trouble finding medical treatment over the last two years for non-Covid related matters? If so, please explain the nature and extent of such trouble finding medical treatment over the last two years.

**PLAINTIFF'S VOIR DIRE QUESTION NO. 4.**

Have you or anyone you know well had trouble accessing the health care system to obtain treatment for a non-Covid illness or injury over the last two years? If so, please explain the nature of the trouble accessing the health care system and the length of time such trouble lasted.

**PLAINTIFF'S VOIR DIRE QUESTION NO. 5.**

Have you or anyone you know well ever worked in the maritime or offshore oil industry? If so, please explain the job(s) held and when.

**PLAINTIFF'S VOIR DIRE QUESTION NO. 6:**

Have you or anyone you know well ever worked in the insurance industry as an adjuster handling claims? If so, please explain.

**PLAINTIFF'S VOIR DIRE QUESTION NO. 7:**

Is there anything that would prevent each of you from awarding a large amount of damages to James Minckler if the evidence supported such?

Respectfully Submitted,

*/s/ Joseph B. Marino, III*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
TJY@theyoungfirm.com
TDH@theyoungfirm.com
MCM@theyoungfirm.com
JBM@theyoungfirm.com