**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES MINCKLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1173** |
| **WATERMAN STEAMSHIP CORP. et al.** | **SECTION: "G"** |

# Jury Verdict Form

1. Do you find that Defendants were negligent under the Jones Act and that such negligence caused Plaintiff's injury?

YES: ✓ NO: _____

[PROCEED TO QUESTION NUMBER 2.]

2. Do you find that the vessel—the *Ocean Giant*—was unseaworthy and that such unseaworthiness caused Plaintiff's injury?

YES: ✓ NO: _____

[IF YOU CHECKED YES, TO QUESTION NUMBER 1 OR 2, PROCEED TO QUESTION NUMBER 3. IF YOU ANSWERED NO TO BOTH QUESTION NUMBER 1 AND 2, DO NOT ANSWER ANY MORE QUESTIONS, PROCEED TO THE END, AND SIGN THE FORM.]

3. Please assign the percentage of fault, if any, that you attribute to Plaintiff's own negligence, Defendants' negligence, and the unseaworthiness of the vessel. Your total should equal 100.

| | |
|---|---|
| Plaintiff's Negligence: | — |
| Defendants' Negligence: | 50 |
| Vessel's Unseaworthiness: | 50 |
| TOTAL: | 100% |

[PROCEED TO QUESTION NUMBER 4.]

4. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, caused by Defendants? Do not make any reduction for any fault you may find attributable to Plaintiff.

Answer in dollars and cents for the following items and no others:

a. Past, Present, and Future Physical Pain and Suffering $ 125,000.00

b. Past, Present, and Future Emotional and Mental Suffering $ 954,000.00

c. Past, Present, and Future Physical Disfigurement $ 150,000.00

d. Future Medical Expenses $ 80,000.00

e. Past Loss of Wages and Fringe Benefits $ 130,000.00

f. Future Loss of Wages and Fringe Benefits $ 637,000.00

g. Loss of Enjoyment of Life $ 150,000.00

[PROCEED TO QUESTION NUMBER 5.]

5. Is maintenance owed to Plaintiff after June 2021?

YES: X NO: _____

[PROCEED TO QUESTION NUMBER 6.]

6. What amount of past and future cure, if any, do you award to Plaintiff?

$: 40,000.00

[PROCEED TO QUESTION NUMBER 7.]

7. What amount of punitive damages, if any, do you award to Plaintiff for Defendants' failure to pay maintenance and cure?

$: 200,000.00

[PLEASE SIGN THE FORM AND LET THE COURT SECURITY OFFICER KNOW YOU HAVE FINISHED DELIBERATING.]

I attest that the above verdict is the unanimous verdict of the jury.

3/15/22
DATE

[redacted]
JURY FOREPERSON