UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MINCKLER | CIVIL ACTION |
| VERSUS | NO: 20-1173 |
| WATERMAN STEAMSHIP CORP. et al. | SECTION: "G" |

**JUDGMENT**

This cause having been tried and submitted to the jury, and the jury having returned a verdict,[1] accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff James Minckler and against Defendants Waterman Steamship Corp. and Seabulk Fleet Management, LLC for damages in the amount of $2,226,000.00, punitive damages in the amount of $200,000.00, cure in the amount of $40,000.00, and maintenance in the amount of $540 per month commencing from June 2021.[2]

NEW ORLEANS, LOUISIANA, this __16th__ day of March, 2022.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 55.

[2] At trial, the parties stipulated on the record that if the jury determined maintenance is to be awarded beyond June 2021, when it was terminated, then maintenance would be in the amount of $540 per month.